Appellate Division, Second Department. March 20, 1913.) Action by Lawrence Jacob, as sole surviving trustee, etc., against the Town of Oyster Bay and others. No opinion. Motion for reargument (of 140 N. Y. Supp. 1124) denied, with $10 costs.

JAFFE v. WELD. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Max Jaffe against Stephen M. Weld. No opinion. Motion granted. Question certified. Order filed. See, also, 139 N. Y. Supp. 1101.

JENNINGS, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Charles Jennings against the New York Contracting Company, Pennsylvania Terminal. No opinion. Judgment and order unanimously affirmed, with costs.

JONES, Appellant, v. DOW, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Lorena Ridgely Jones against Carolyn A. Dow. No opinion. Motion to dismiss appeal granted, without costs. See, also, 139 N. Y. Supp. 1128.

JONES, Appellant, v. McANENY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by John J. Jones against George McAneny and another. J. J. Phelan, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JORGENSEN, Respondent, v. MELCHIOR et al., Appellants. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Johannes Jorgensen against Moses Melchior and others. T. G. Flaherty, of New York City, for appellants. A. T. Sapinsky, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOSEPH, Appellant, v. HERZIG, Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Jeanette H. Joseph against Irwin M. Herzig. A. G. Meyer, of New York City, for appellant. W. F. Severance, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 72 Misc. Rep. 475, 131 N. Y. Supp. 321; 152 App. Div. 945, 137 N. Y. Supp. 1124.

JUSTER v. OSTRO CONST. CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Max Juster against the Ostro Construction Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed. See, also, 140 N. Y. Supp. 1125.

JUSTER v. OSTRO CONST. Co. (Supreme Court, Appellate Division, First Department, February 14, 1913.) Action by Max Juster against the Ostro Construction Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1125.

KEAT, Respondent, v. GRAND TRUNK RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Wallace W. Keat, as administrator, etc., against the Grand Trunk Railway Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

KEEGAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Bridget Keegan, as administratrix, against the New York Central & Hudson River Railroad Company. R. A. Kutschback, of New York City, for appellant. T. J. O'Neill, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KELLY, Appellant, v. CHURCH E. GATES & CO., Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Valerian Kelly against Church E. Gates & Co. B. Gordon, of New York City, for appellant. E. J. Redington, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

KELLY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Appeal from Trial Term, New York County. Action by Ellen E. Kelly against the City of New York. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Reversed, and new trial ordered. William E. C. Mayer, of Brooklyn, for appellant. William E. O'Grady, of New York City, for respondent. PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event, on the ground that the finding that the defendant was negligent is against the weight of evidence.

KEMP, Appellant, v. HOLTER, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by George Kemp against Edwin O. Holter. G. S. Scofield, of New York City, for appellant. W. L. Glenney, of New York City, for respondent. No